```
                    UNITED STATES DISTRICT COURT

                    MIDDLE DISTRICT OF LOUISIANA


FOSTER & COMPANY GENERAL
CONTRACTORS, INC.                       CIVIL ACTION

VERSUS                                  NUMBER 09-52-JJB-SCR

AMTEK OF LOUISIANA, INC.
```

                                  NOTICE

   Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.
   In accordance with 28 U.S.C. § 636(b)(1), you have 14 days from the date of service of this Notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Supplemental Magistrate Judge's Report.  The failure of a party to file written objections to the proposed findings, conclusions, and recommendation contained in the Supplemental Magistrate Judge's Report and Recommendation within 14 days after being served with a copy of the Report shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge that have been accepted by the District Court.

   ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

   Baton Rouge, Louisiana, March 17, 2010.

                                     _____
                                         STEPHEN C. RIEDLINGER
                                     UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FOSTER & COMPANY GENERAL
CONTRACTORS, INC.                           CIVIL ACTION

VERSUS                                      NUMBER 09-52-JJB-SCR

AMTEK OF LOUISIANA, INC.

### MAGISTRATE JUDGE'S REPORT

This case is before the court on an order to show cause why the plaintiff's claim and the defendant's counter claim should not be dismissed for failure to prosecute.  Record document number 13.

A review of the record showed that plaintiff Foster & Company General Contractors, Inc. has not enrolled counsel to represent it and has taken no action to prosecute this case in more than six months.[1]  Likewise, defendant Amtek of Louisiana, Inc. has taken no action to prosecute its counterclaim in more than six months.  Pursuant to Rule 41((b), Fed.R.Civ.P., a case may be dismissed for failure to prosecute, and pursuant to Local Rule 41.3M a case may be dismissed when no action is taken to prosecute it in six months unless the parties are awaiting some action by the court.  A review of the record showed that there are no motions pending or other matters awaiting action by the court.

---

[1] It appears that the plaintiff did not even make its initial disclosures. Record document number 10, Motion to Withdraw as Counsel of Record, ¶ 3.  Counsel for the plaintiff were permitted to withdraw on August 14, 2009.  Record document number 12.

Consequently, both plaintiff Foster & Company and defendant Amtek were ordered to show cause, in writing, on March 5, 2010 why the case should not be dismissed for failure to prosecute pursuant to Rule 41(b) and Local Rule 41.3M.  A written response to this order was required.  The parties were warned that failure to timely file a written response to the show cause order will be interpreted as the party's consent to dismissal of its claims and/or counterclaims.

Defendant Amtek filed a response to the order advising that it had not opposition to dismissal of the case.  Plaintiff Foster & Company did not file any response.

While dismissal is the most severe sanction, is it apparent that the plaintiff has lost interest in pursuing its claim.  It has not enrolled new counsel, has taken no steps to prosecute this case in more than six months, and did not respond to the show cause order.  Any sanction less than dismissal will not likely cause the plaintiff to diligently pursue its claim.

### Recommendation

It is the recommendation of the magistrate judge that this case be dismissed pursuant to Rule 41(b) and Local Rule 41.3M.

Baton Rouge, Louisiana, March 17, 2010.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE